| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Laurel Greenstein<br>17639 Sherman Way<br>A-35<br>Van Nuys, CA 91406<br>310 339 1175<br>Laurel.Greenstein@yahoo.com<br>☑ Individual appearing without attorney<br>☐ Attorney for: | FILED<br>NOV - 6 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>Laurel Greenstein<br><br><br>Debtor(s). | CASE NO.: 1:12-bk-15099-MB<br>ADVERSARY NO.:<br>(if applicable)<br>CHAPTER: **Select Chapter** 7 |
|---|---|
| Wells Fargo Bank, N.A.<br><br><br>Plaintiff(s) (if applicable).<br>vs.<br><br><br><br><br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): _____ Laurel Greenstein _____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☑ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

---

December 2015                               Page 1                               Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order Denying Plaintiff's Motion to Set Aside Property

2. The date the judgment, order, or decree was entered: 10/31/17

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Wells Fargo Bank, N.A.
   Attorney: Robert Bailey
   Anglin, Flewelling Rasmussen Campbell & Trytten, LLP
   199 S. Los Robles Ave, Ste. 600
   Pasadena, CA. 91101

2. Party:
   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Laurel Greenstein_    Date: 11/6/17
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**FILED & ENTERED**

**OCT 31 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Reaves    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re:

LAUREL GREENSTEIN,

Debtor.

Case No.: 1:12-bk-15099-MB

Chapter 7

**ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE SALE OF PROPERTY [CASE DKT. 71]**

---

**ORDER DENYING SET ASIDE MOTION**

1  On December 30, 2013, Laurel Greenstein, chapter 7 debtor pro se ("Greenstein"), filed a *Motion to Set Aside Sale of Property Made in Violation of Automatic Stay* (the "Set Aside Motion"), Case Dkt. 71. The Court, the Honorable Alan M. Ahart presiding, held a hearing on February 12, 2014, and denied the Set Aside Motion on March 5, 2014. *See* Case Dkt. 86. On March 6, 2014, Greenstein appealed the Court's denial of the Set Aside Motion to the Ninth Circuit Bankruptcy Appellate Panel ("BAP"). *See* Case Dkt. 91, 93, 95. On January 26, 2016, the BAP vacated the order and remanded the matter to this Court for further proceedings. *See* Case Dkt. 137. Following remand, the Court heard argument from the parties on the issues raised by the BAP in respect of the Set Aside Motion on October 14, 2016.

For good cause appearing, and for the reasons set forth in the Court's *Amended Consolidated Memorandum of Decision* at Case Dkt. 164, the Court **HEREBY DENIES** the Set Aside Motion.

**IT IS SO ORDERED.**

###

Date: October 31, 2017

Martin R Barash
United States Bankruptcy Judge

1

**ORDER DENYING SET ASIDE MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8800 Eton Ave. #22, Canoga Park, CA, 91304.

A true and correct copy of the foregoing document entitled:

NOTICE OF APPEAL

1. **SERVED BY UNITED STATES MAIL**:
On November 5, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By United States Postal Service:

Robert Bailey
Anglin, Flewelling Rasmussen Campbell & Trytten, LLP
199 South Los Robles Ave., Ste. #600
Pasadena, CA 91101

Brandye Foreman
Barrett Dafffin Frappier Treder & Weiss
20955 Pathfinder Rd., Ste. #300
Diamond Bar, CA 91765

Gerald N. Sims
Pyle Sims Duncan & Stevenson
401 "B" Street, Ste. #1500
San Diego, CA 92101

Steven Wolvek
Law Offices of Steven A. Wolvek
5023 North Parkway Calabasas
Calabasas, CA 91302

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-5-2017 | Marsha Smith | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |